```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------x

UNITED STATES OF AMERICA,

          v.                              21 Cr. 190 (JPO)

MARIAH JAQUEZ,
                                          Conference
                    Defendant.

------------------------------x
                                          New York, N.Y.
                                          June 6, 2023
                                          3:30 p.m.

Before:

                    HON. J. PAUL OETKEN,

                                          District Judge

                         APPEARANCES

DAMIAN WILLIAMS
     United States Attorney for the
     Southern District of New York
REBECCA DELL
     Assistant United States Attorney

FEDERAL DEFENDERS OF NEW YORK
     Attorney for Defendant
BY:  IAN AMELKIN


Also Present:   Ashley Cosme, U.S. Pretrial Services
```

1              (Case called; appearances noted)

2              THE COURT:  Good afternoon.

3              This was scheduled as a result of a status memorandum
4    regarding compliance with pretrial conditions.

5              What is the latest?  I don't know if Ms. Dell wants to
6    go first, or Officer Cosme.

7              MS. DELL:  Sure.

8              We've both spoken with the pretrial officer on the
9    case, who wasn't able to attend today's conference, but we
10   understand that there were three issues that she wanted to have
11   addressed.

12             First, that now that Ms. Jaquez has a stable
13   residence, the government is requesting that the court reimpose
14   location monitoring which was enforced by her GPS bracelet;

15             Second, Ms. Jaquez consistently allows her bracelet to
16   die, which makes it impossible for pretrial services to see
17   where she is and make sure she's complying; and

18             Third, that at the time of creating a memorandum, Ms.
19   Jaquez had not been engaging at all with mental health
20   treatment.

21             Before the conference, I spoke with defense counsel,
22   and I understand that he does not object to the reimposition of
23   location monitoring, and that now that she has a stable
24   residence, we hope that she'll be able to charge her bracelet
25   whenever it comes close to dying, and that I believe she just

1  began intake with mental health treatment.
2              THE COURT:  Okay.
3              Mr. Marcus Amelkin.
4              MR. AMELKIN:  That's correct.
5              It's generally a positive update.  Ms. Jaquez is now
6  living in a shelter.  She has her own room.  It was a bit of a
7  double-edged sword for a while, because she was living in her
8  partner's car.  Her partner lived with her child, who she's not
9  allowed to see.  She couldn't go out to charge the bracelet
10 unless he was home to take it at the door, so now that problem
11 has been solved, and she has engaged with intake and will
12 reengage with mental health treatment.
13             THE COURT:  And location monitoring was not in effect?
14             MS. COSME:  Just to clarify for the Court, your Honor,
15 the defendant is currently on standalone monitoring, which is
16 the GPS monitor and no schedule.  We're just asking that the
17 curfew be reimposed, that she be placed on a curfew with GPS,
18 hours at the discretion of pretrial services.
19             THE COURT:  Okay.  Is there any objection to that?
20             MR. AMELKIN:  No, your Honor.
21             THE COURT:  Okay.  Just to be clear, we now have a
22 date for sentencing, I think, which -- remind me when that is?
23             MR. AMELKIN:  I think it's September 11.  Never
24 forget.
25             THE COURT:  September.  Okay.

1           I want to make sure you comply with all these
2   conditions.  I will reimpose the location monitoring with the
3   curfew at the discretion of pretrial.
4           Make sure you charge the GPS bracelet, which you
5   should be able to do now with the residency situation, and you
6   continue the process of the mental health treatment as I've
7   ordered.  All right?
8           Will you do that?
9           THE DEFENDANT:  Yes.
10          THE COURT:  Okay.  Thank you.
11          And anything else we need to address?
12          MS. COSME:  No, your Honor.
13          MS. DELL:  No, your Honor.
14          MR. AMELKIN:  No, your Honor.
15          THE COURT:  Okay.  Thank you, all.
16          We're adjourned.
17          (Adjourned)